IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD RAY BRESHEARS,
ADC #132771                                                                                    PLAINTIFF

v.                             No. 5:15-cv-149 DPM-JTR

ARKANSAS DEPARTMENT OF CORRECTION,
Transportation Unit, and
WENDY KELLEY, Director,
Arkansas Department of Correction                                              DEFENDANTS


RONALD RAY BRESHEARS,
ADC #132771                                                                                    PLAINTIFF

v.                             No. 5:15-cv-187 BRW-JTK

KIM HOSMANN, Regional Manager,
Correct Care Solutions, and
GARY HILL, Transportation Administrator,
Arkansas Department of Correction                                              DEFENDANTS

ORDER

Breshears has filed two *pro se* § 1983 cases raising factually and legally related claims arising from a March 2015 bus accident. *Breshears v. ADC*, 5:15-cv-149-DPM-JTR; *Breshears v. Hosmann*, 5:15-cv-187-BRW-JTK. The Court directs the Clerk to consolidate these two related cases. GENERAL ORDER 39.

The case filed first, *Breshears v. ADC*, 5:15-cv-149 DPM-JTR, is designated as the lead case. All future papers must be filed in that case.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2015