IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD RAY BRESHEARS                                              PLAINTIFF

v.
No. 5:15-cv-149-DPM-JTR
No. 5:15-cv-187-DPM-JTR
No. 2:15-cv-119-DPM-JTR

WENDY KELLEY, Director, Arkansas Department
of Correction; KIM HOFFFMAN, Regional Manager,
Correct Care Solutions; RORY GRIFFIN, Assistant
Regional Manager, Correct Care Solutions; PATRICK
S. DRUMMOND, Advance Practice Nurse; and AMY
ROWLAND, Health Services Administrator, EARU,
Correct Care Solutions                                           DEFENDANTS

ORDER

1. Mail sent to Breshears's last known address is being returned as undeliverable. № 73 & 74. As a result, he hasn't complied with the Court's Orders to file a free world application to proceed *in forma pauperis*. № 57 & 72. Breshears's remaining claims will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

2. The pending recommendation, № 71, is declined; and all pending motions are denied as moot. № 37, 61 & 65. This denial is without prejudice to the motions and recommendation being renewed if Breshears refiles.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2016