IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD RAY BRESHEARS                                         PLAINTIFF

v.
No. 5:15-cv-149-DPM-JTR
No. 5:15-cv-187-DPM-JTR
No. 2:15-cv-119-DPM-JTR

ARKANSAS DEPARTMENT
OF CORRECTION, Transportation Unit, *et al.*            DEFENDANTS

## JUDGMENT

1. Breshears's claims against the Arkansas Department of Correction Transportation Unit are dismissed with prejudice.

2. Breshears's remaining claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2016