IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD RAY BRESHEARS                                              PLAINTIFF

v.  
No. 5:15-cv-149-DPM-JTR  
No. 5:15-cv-187-DPM-JTR  
No. 2:15-cv-119-DPM-JTR

ARKANSAS DEPARTMENT
OF CORRECTION, Transportation Unit, *et al.*                      DEFENDANTS

## ORDER

Motion to reopen, № 80, denied. If Breshears wants to pursue the claims the Court dismissed without prejudice, then he may refile them in a new lawsuit. But he can't skirt the PLRA's payment requirements or the local rules by reopening a case that's been closed for six months.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2016