IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD RAY BRESHEARS                                                PLAINTIFF

v.
No. 5:15-cv-149-DPM
No. 5:15-cv-187-DPM
No. 2:15-cv-119-DPM

ARKANSAS DEPARTMENT
OF CORRECTION, Transportation Unit, *et al.*            DEFENDANTS

ORDER

1. Motion for copies, № 90, denied without prejudice. There are 150 docket entries across these three consolidated cases. Breshears must narrow his request if possible. The Court directs the Clerk to send Breshears copies of the docket sheets in these three cases with a copy of this Order. Breshears should examine the dockets, compare them with the paperwork he already has, and submit a new motion requesting only the papers he doesn't have.

2. The Court of Appeals assessed the full appellate filing and docketing fees and remanded the case for collection. № 91. The Court won't assess an initial partial fee because Breshears can't pay one. № 83. But Breshears's custodian must collect monthly payments from Breshears's prison trust account each time the amount in the account exceeds $10.00. These payments will be equal to twenty percent of the preceding month's income credited to

the account; and they will be collected and forwarded to the Clerk of this Court until the $505.00 appellate filing and docketing fees are paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Breshears's behalf must be clearly identified by case name and case number.

**3.** The Court directs the Clerk to mail a copy of this Order to the following places: (1) the Arkansas Department of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; (2) the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612; and (3) the Sheriff of the Saline County Detention Facility, 735 Neely Street, Benton, Arkansas 72015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2016